IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* VIJAYANT SINGH, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>HUDSON HOSPITAL OPCO, LLC d/b/a CHRIST HOSPITAL, HUMC OPCO, LLC d/b/a HOBOKEN UNIVERSITY MEDICAL CENTER, IJKG OPCO, LLC d/b/a BAYONNE MEDICAL CENTER, CAREPOINT HEALTH MANAGEMENT ASSOCIATES, LLC, IJKG, LLC, ACHINTY A. MOULICK, M.D., and WILLIAM D. PELINO,<br><br>Defendants. | CASE NO.: 2:21-cv-19788-MEF-AME<br><br>**SCHEDULING ORDER** |

WHEREAS, on September 17, 2024, the Court entered the Pretrial Scheduling Order (Document 47);

WHEREAS, on or about November 3, 2024, Defendants Hudson Hospital Opco, LLC, HUMC Opco, LLC, CarePoint Health Management Associates, LLC, and IJKG, LLC filed voluntary petitions for relied under Chapter 11 of the Bankruptcy Code, and an involuntary petition was filed against IJKG Opco, LLC (the "Chapter 11 Cases); and,

WHEREAS, this matter was stayed as a result of the Chapter 11 Cases; and,

WHEREAS, on or about May 22, 2025, the bankruptcy court approved the Plan of Reorganization in the Chapter 11 Cases; and,

WHEREAS, on June 6, 2025, after meeting and conferring, the Parties jointly requested a nine (9) month extension of the deadlines in the Pretrial Scheduling Order; and,

WHEREAS, on September 4, 2025, the Court held a scheduling conference with the Parties; and,

WHEREAS, the Court finds that because (a) this is a sophisticated qui tam case with multiple parties; (b) the Parties were in compliance with the deadlines in the Pretrial Scheduling Order and diligently prosecuting and defending this matter at the time the stay became effective; (c) through no fault of their own, the Parties have yet to exchange document discovery or take depositions or engage in the other discovery contemplated by the Pretrial Scheduling Order; and, (d) under these circumstances, the Parties' request for a nine (9) month extension of the deadlines in the Pretrial Discovery Order is reasonable.

AND NOW, this ___ day of September 2025, on considering the Parties' joint application to extend the deadlines in the Pretrial Scheduling

Order by nine (9) months, it is hereby ordered that the deadlines in the Pretrial Scheduling Order are extended by nine (9) months.

**IT IS FURTHER ORDERED** that the next event in this matter will be a telephonic status conference on _____ at ____. Three business days prior to the conference, the parties shall file a joint status letter, not to exceed three pages double-spaced. To join the call, dial 973-437-5535, access code ___ ___ ___#;

**IT IS SO ORDERED.**

Hon. Andre M. Espinosa
United States Magistrate Judge