RIVKIN RADLER LLP
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

**GREGORY D. MILLER**
PARTNER
(201) 287-2474
gregory.miller@rivkin.com

November 12, 2026

**VIA ECF**
Honorable Andre M. Espinosa, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Jr. Courthouse
50 Walnut Street, Room 2037, Courtroom 2D
Newark, NJ 07102

Re: *Vijayant Singh, et al. v. Hudson Hospital Opco, LLC., et al.*
C.A. No.: 2:21-cv-19788-MEF-AME

Dear Judge Espinosa:

This firm represents Defendants Hudson Hospital OPCO, LLC d/b/a Christ Hospital, HUMC OPCO, LLC d/b/a Hoboken University Medical Center, IJKG OPCO, LLC d/b/a Bayonne Medical Center, Carepoint Health Management Associates, LLC, IJKG, LLC, Achintya Moulick, MD and William Pelino in the above-referenced action. We write to respectfully request a one-day extension of today's deadline to submit a joint status letter to the Court in advance of the November 16, 2026 status conference (D.E. 74). Microsoft Outlook is experiencing a nationwide outage, and thus, the parties have not been able to collaborate or coordinate on the joint letter. We therefore request an additional one-day extension of today's deadline to tomorrow, Friday, November 12, 2026. This is the second request for an extension of this deadline.

If this request is amenable to the Court, we respectfully request that Your Honor So Order this letter and enter it on the docket. We thank the Court for its attention to this matter.

Respectfully submitted,
**RIVKIN RADLER LLP**

*s/ Gregory D. Miller*
Gregory D. Miller

cc: All Counsel of Record (via ECF)

RIVKIN RADLER LLP
ATTORNEYS AT LAW



SO ORDERED:

____________________________________
HON. ANDRE M. ESPINOSA, U.S.M.J.