RIVKIN RADLER LLP
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

GREGORY D. MILLER
PARTNER
(201) 287-2474
gregory.miller@rivkin.com

November 25, 2026

**VIA ECF**
Honorable Andre M. Espinosa, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Jr. Courthouse
50 Walnut Street, Room 2037, Courtroom 2D
Newark, NJ 07102

Re: *Vijayant Singh, et al. v. Hudson Hospital Opco, LLC., et al.*
C.A. No.: 2:21-cv-19788-MEF-AME

Dear Judge Espinosa:

This firm represents Defendants Hudson Hospital OPCO, LLC d/b/a Christ Hospital, HUMC OPCO, LLC d/b/a Hoboken University Medical Center, IJKG OPCO, LLC d/b/a Bayonne Medical Center, Carepoint Health Management Associates, LLC, IJKG, LLC, Achintya Moulick, MD and William Pelino in the above-referenced action.

On behalf of all parties, we write in response to Your Honor's Text Order (ECF No. 80) concerning the parties' respective positions regarding Defendants' reservation of an advice-of-counsel defense. The parties have met and conferred and have resolved the issue. Specifically, the parties have agreed that Defendants shall make a final election as to whether they intend to assert an advice-of-counsel defense by **January 8, 2027**, approximately one week after the December 31, 2026 deadline for Defendants to complete their forthcoming supplemental production.

We thank the Court for its attention to this matter.

Respectfully submitted,
**RIVKIN RADLER LLP**

*s/ Gregory D. Miller*
Gregory D. Miller

cc: All Counsel of Record (via ECF)